Case 2:23-cv-00178-SAB    ECF No. 8    filed 01/30/24    PageID.46    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 30, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MESA UNDERWRITING SPECIALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>TALL BROTHERS DEVELOPMENT LLC, a Washington limited liability company, MICHAEL D. JACKSON, sole member of Tall Brothers Development LLC, MDJ CONTRACTORS LLC, a Washington limited liability company, and CAVE B RIDGE CONDO ASSOCIATION, a Washington not-for-profit corporation,<br><br>    Defendants. | No. 2:23-CV-00178-SAB<br><br>**ORDER OF DISMISSAL** |

Before the Court is Plaintiff's and Defendant Cave B Ridge Condo Association's Stipulation and [Proposed] Order of Dismissal of All Claims. ECF No. 7. Plaintiff is represented by Jeffrey Tindal and Peter Mintzer. Defendant Cave B Ridge Condo Association is represented by Leonard Flanagan. Plaintiff has not conducted service of process on Defendants.

Pursuant to Fed. R. Civ. P. 41, Plaintiff and Defendant Cave B Ridge request

**ORDER OF DISMISSAL** # 1

the Court dismiss all claims with prejudice and with each bearing their own fees and costs. After reviewing the request, the Court grants the dismissal.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's and Defendant Cave B Ridge Condo Association's Stipulation and [Proposed] Order of Dismissal of All Claims, ECF No. 7, is **GRANTED**.

2. The above-captioned case is **dismissed with prejudice** and with Plaintiff and Defendant Cave B Ridge bearing their own costs and fees.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 30th day of January 2024.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL # 2**